UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                           :

Williams
                                           :       26   -CV- 1566   (DEH)

                  Plaintiff[s],          :

                                           :

        v.                          :       <u>ORDER OF REFERENCE</u>
                                         :       <u>TO A MAGISTRATE JUDGE</u>

                                         :

Anthropic PBC et al.
                                         :

                  Defendant[s].     :

-------------------------------------------------------------------X

DALE E. HO, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

■ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Specific Non-Dispositive Motion/Dispute:
_____

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

☐ Habeas Corpus

☐ Social Security

☐ Settlement

■ Dispositive Motion (i.e., motion requiring a Report and Recommendation).

☐ Inquest After Default/Damages Hearing
Particular Motion: _____

SO ORDERED.

Dated: March 3, 2026
      New York, New York
                                        _____
                                            DALE E. HO
                                       United States District Judge