**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Merriwether Williams,** | |
| **Plaintiff,** | **1:26-cv-01566 (DEH) (SDA)** |
| **-against-** | **ORDER** |
| **Anthropic PBC et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

The Court has reviewed Plaintiff's Letter Motion, filed on April 6, 2026, at ECF No. 33, as well as Defendant Amazon's Motion to Dismiss and supporting Memorandum of Law, filed on March 26, 2026, at ECF Nos. 29 and 30, respectively. In view of the grounds upon which Amazon makes its motion, Plaintiff's request for a consolidated briefing schedule is DENIED with respect to Amazon. However, the deadline for Plaintiff's response to Amazon's motion, previously due this coming Thursday, April 9, 2026, is extended to Thursday, April 23, 2026.

Plaintiff's request for a consolidated briefing schedule with respect to the other Defendants is DENIED without prejudice. Once the remaining Defendants have been served, Plaintiff and those Defendants shall meet and confer, and may file a joint letter as to a proposed consolidated briefing schedule.

**SO ORDERED.**

Dated:   New York, New York
         April 7, 2026

_____
STEWART D. AARON
United States Magistrate Judge