**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Merriwether Williams,** | |
| **Plaintiff,** | **1:26-cv-01566 (DEH) (SDA)** |
| **-against-** | **ORDER** |
| **Anthropic PBC et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

On March 26, 2026, Defendant Amazon.com, Inc. ("Amazon") filed a motion to dismiss Plaintiff's Complaint under Rule 12(b)(1) of the Federal Rules of Civil Procedure. (Amazon 3/26/26 Not. of Mot., ECF No. 29.) Under Rule 15(a) of the Federal Rules of Civil Procedure, "[a] party may amend its pleading once as a matter of course no later than . . . 21 days after service of a motion under Rule 12(b) . . . ." Fed. R. Civ. P. 15(a)(1)(B). On April 14, 2026 (*i.e.*, within 21 days of Amazon's motion to dismiss), Plaintiff filed a First Amended Complaint, in which Plaintiff, among other things, withdrew the class-related allegations. (First Am. Compl., ECF No. 40.) Because the Complaint as to which Amazon filed its motion to dismiss no longer is the operative pleading, in the interest of judicial economy, the Court finds Amazon's motion to be moot. *See Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303-04 (2d Cir. 2020).

Consistent with the Court's Order, dated April 13, 2026 (4/13/2026 Order, ECF No. 39), the deadline for all Defendants, including Amazon, to file their motions to dismiss the First Amended Complaint is extended until sixty (60) days after the last-remaining Defendant is served in this action. If the last defendant has not been served by May 29, 2026, Plaintiff shall file a letter on May 29 setting forth the status sof service on any Defendants that have not yet been served.

**SO ORDERED.**

Dated:   New York, New York
         April 23, 2026

_____
STEWART D. AARON
United States Magistrate Judge