Application GRANTED. Plaintiff shall file opposition to the three pending motions to dismiss (ECF Nos. 79, 84 and 86) by Friday, August 21, 2026. Defendants shall file their replies by Friday, September 4, 2026.
SO ORDERED.
Dated: July 22, 2026

*Att ol a*

Merriwether Williams 44 Givens Avenue Stamford, CT 06902 (310) 614-8721
Merriwether795@gmail.com Plaintiff, Pro Se

July 20, 2026

BY HAND — PRO SE INTAKE

The Honorable Arun Subramanian United States District Judge

The Honorable Stewart D. Aaron United States Magistrate Judge

United States District Court, Southern District of New York Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY 10007

Re: Williams v. Anthropic PBC et al., No. 1:26-cv-01566-AS-SDA Plaintiff's Letter-Motion for a Consolidated Opposition Schedule

Dear Judge Aaron:

I am the pro se Plaintiff in the above-referenced action. I write respectfully to request a single, consolidated schedule for my oppositions to the three motions to dismiss that have been filed against the First Amended Complaint.

By the Court's Memo Endorsement of May 15, 2026 (ECF No. 59), all twelve Defendants were ordered to respond to the First Amended Complaint by Tuesday, July 14, 2026. All twelve Defendants have now responded, by three motions to dismiss:

1.  An Omnibus Motion to Dismiss filed on behalf of ten Defendants — Anthropic PBC, OpenAI, Inc., Meta Platforms, Inc., Microsoft Corporation, IBM Corporation, D-Wave Quantum Inc., Perplexity AI, Inc., Amazon.com, Inc., Palantir Technologies Inc., and xAI Corp. — with a supporting memorandum of law and the Declaration of Alan Baratz (ECF Nos. 79–81);

2.  A Motion to Dismiss filed by Alphabet Inc., with a supporting memorandum (ECF Nos. 84–85); and

3.  A Motion to Dismiss filed by Clearview AI, Inc., with a supporting memorandum (ECF Nos. 86–87).

Although these motions were filed as three documents, they collectively raise arguments on behalf of all twelve Defendants, whose circumstances and legal postures differ from one another. To respond properly, I must address the distinct positions of each Defendant, including the ten Defendants joined in the Omnibus Motion, as well as the separate motions filed by Alphabet and Clearview.

2026 JUL 20  PM 12: 17
SDNY PRO SE OFFICE
RECEIVED

Rather than file oppositions on a staggered, motion-by-motion basis, I respectfully request that my time to oppose all three pending motions (ECF Nos. 79, 84, and 86) be set on a single consolidated schedule, running thirty (30) days from the date of the Court's order on this letter, or such longer period as the Court deems appropriate. A single consolidated deadline would allow me to prepare and serve my oppositions in an orderly manner and would promote the efficient resolution of these motions.

I have endeavored to be reasonable in confirming the status of all responses before raising this matter with the Court, and I am prepared to proceed promptly on whatever schedule the Court sets. I thank the Court for its attention to this letter.

Respectfully submitted,


Merriwether Williams Plaintiff, Pro Se

7/10/2025

Note! The creation of this document was enhanced by use of a frontier model. The final product is mine.


ADDENDUM: Plaintiff recieves service by mail. The Omnibus Motion was served by certified mail on July 14 and has not yet been recieved as of the date of this letter.

Dismissal memo from Alphabet Inc. has been recieved. Dismissal memo from Clearview AI has also been recieved.