Application GRANTED.

SO ORDERED.
Dated: August 3, 2026

July 29, 2026
The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street
New York, NY 10007

**Re:** *Williams v. Anthropic PBC, et al.*, No. 1:26-cv-01566-AS-SDA — Plaintiff's Letter-Motion for Leave to Oppose the Omnibus Motion to Dismiss in Separate, Defendant-Specific Submissions

Dear Judge Aaron:

Plaintiff, pro se, respectfully requests leave to oppose the motion to dismiss filed jointly on behalf of ten defendants (the "Omnibus Motion") in ten separate, defendant-specific oppositions rather than in a single consolidated brief.

The defendants chose to consolidate ten parties into one motion, but they are not similarly situated, and a single opposition cannot fairly answer all ten. All defendants deploy public domain math, but Several require materially different analysis. Palantir's use is positioned inversely to plaintiff's general theory; Perplexity differs materially in architecture; and Anthropic — the lead defendant, and the only movant plaintiff paid directly — requires defendant-specific argument on both standing and the merits. Compressing these into one brief would force plaintiff to advance distinct and, in places, opposing theories within a single document, which would burden the Court rather than assist it. Separate oppositions will allow the Court to take each defendant on its own terms.

Plaintiff will keep each opposition economical, will state any argument common to more than one defendant once and incorporate it by reference rather than repeat it, and will confine each submission to what is specific to that defendant. Each opposition will include the certificate of compliance required by Local Civil Rule 7.1(c).

Plaintiff raises this well before the August 21, 2026 deadline so that the format is settled before briefing.

[Plaintiff has requested the moving defendants' position on this relief and will promptly advise the Court of their response.]

Plaintiff thanks the Court for its consideration.

Respectfully submitted,

7/29/2026

Merriwether Williams
Plaintiff, pro se